DANIEL *v.* SCHWARZWEISS.

EVANS, P. J. Under the evidence submitted at the interlocutory hearing, there was no abuse of discretion in enjoining the process of the plaintiff in error, and the various cases in the city court of Waynesboro, and providing for their consolidation and trial in the superior court in this proceeding.

*Judgment affirmed. All the Justices concur, except Hill, J., not presiding.*
DECEMBER 15, 1911.

Injunction, etc. Before Judge Hammond. Burke superior court. December 21, 1910.

*E. L. Brinson* and *C. B. Garlick,* for plaintiff in error.

*C. H. & R. S. Cohen* and *F. S. Burney,* contra.